UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:08-CV-216-BUCKLEW

JUSTIN BORYS,

    Plaintiff,

PHILIP A. WEBB, an individual d/b/a
WEBB'S TOWING,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, JUSTIN BORYS ("BORYS"), files this, Notice of Voluntary Dismissal without Prejudice. No answer or motion for summary judgment has been filed by the Defendant, nor has the Defendant made an appearance in this action.

WHEREFORE, the Plaintiff requests the Court take all appropriate action to dismiss this case without prejudice.

Dated: June 18, 2008.

    Respectfully submitted,

    BOBER & BOBER, P.A.
    Attorneys for Plaintiff
    1930 Tyler Street
    Hollywood, FL 33020
    Phone: (954) 922-2298
    Fax: (954) 922-5455
    peter@boberlaw.com
    samara@boberlaw.com

    By: /s Samara Robbins Bober
        PETER BOBER
        FBN: 0122955
        SAMARA ROBBINS BOBER
        FBN: 0156248